A90A2184. PIGGLY WIGGLY SOUTHERN, INC. v. HEARD et al.
(412 SE2d 635)

ANDREWS, Judge.

On certiorari the decision of this court affirming the trial court in *Piggly Wiggly Southern v. Heard*, 197 Ga. App. 656 (399 SE2d 244) (1990) was reversed at 261 Ga. 503 (405 SE2d 478) (1991). Accordingly, our decision is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Pope and Beasley, JJ., concur.*

DECIDED OCTOBER 17, 1991.

*Martin, Snow, Grant & Napier, George C. Grant, John C. Edwards*, for appellant.

*J. Sewell Elliott, Jr., Hall, Bloch, Garland & Meyer, Benjamin M. Garland*, for appellees.